U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 2
CLERK, U.S. DISTRICT COURT
By_____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.                                                              NO. 2:25-CR-040-Z

BRANDI LORRAINE DUNCAN (01)
NOEMI PAOLA SALAZAR (02)
ASHTON LEE SWITZER (03)

## SUPERSEDING INDICTMENT

The Grand Jury Charges:

Count One
Conspiracy to Distribute and Possess with
Intent to Distribute 500 Grams or More of Methamphetamine
(Violation of 21 U.S.C. § 846)

Beginning on or about a date unknown to the grand jury and continuing until on or about April 8, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Brandi Lorraine Duncan**, **Noemi Paola Salazar**, and **Ashton Lee Switzer**, defendants, did knowingly and intentionally combine, conspire, confederate, and agree with each other and with persons known and unknown to the grand jury to commit an offense against the United States, that is, to knowingly and intentionally distribute and possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

All in violation of Title 21, United States Code, Section 846.

Count Two
Possession with Intent to Distribute
500 Grams or More of Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)(viii))

On or about April 8, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Brandi Lorraine Duncan**, **Noemi Paola Salazar**, and **Ashton Lee Switzer**, defendants, did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), Title 18 United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

<u>Count Three</u>
Possession with Intent to Distribute Methamphetamine
(Violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about June 29, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Ashton Lee Switzer**, defendant, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), Title 18 United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

A TRUE BILL:

_____
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

_____
ANNA MARIE BELL
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446

Telephone:  806-324-2356
Facsimile:  806-324-2399
E-Mail:     anna.bell@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

BRANDI LORRAINE DUNCAN (01)
NOEMI PAOLA SALAZAR (02)
ASHTON LEE SWITZER (03)

SUPERSEDING INDICTMENT

COUNT 1: CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF METHAMPHETAMINE
Title 21, United States Code, Section 846.

COUNT 2: POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OF MORE OF METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

COUNT 3: POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE
Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

(3 COUNTS)

A true bill rendered:

Amarillo _____  _Cleland Wagner_____ Foreperson

Filed in open court this __22nd__ day of __May__ A.D. 2025.

_____Clerk

DEFENDANTS Duncan and Salazar IN FEDERAL CUSTODY
(Complaint filed on 4/9/2025 – 2:25-MJ-56)
WARRANT TO ISSUE FOR SWITZER

_____
UNITED STATES MAGISTRATE JUDGE