IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
OCT - 6 2025
CLERK, U.S. DISTRICT COURT
By_____
Deputy

UNITED STATES OF AMERICA

v.

NOEMI PAOLA SALAZAR (02)

No. 2:25-CR-040-Z (02)
**(Supersedes indictment filed 5/22/25 as to Salazar only)**

## SUPERSEDING INFORMATION

The United States Attorney Charges:

### Count One
### Possession with Intent to Distribute Methamphetamine
### (Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

On or about April 8, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Noemi Paola Salazar**, defendant, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), Title 18, United States Code, Section 2, and *Pinkerton v. United States*, 328 U.S. 640 (1946).

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

Anna Marie Bell
Assistant United States Attorney
New Mexico State Bar No. 12501
500 South Taylor Street, Suite 300
Amarillo, Texas   79101-2446
Telephone:    806-324-2356
Facsimile:    806-324-2399
E-Mail:        anna.bell@usdoj.gov

Noemi Paola Salazar
Superseding Information - Page 2