IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § <br> § <br> § <br> § |
| v. | § Case No. **2:25-cr-00040-Z-BR** |
| | § <br> § <br> § |
| NOEME PAOLA SALAZAR (2) | § |

**UNOPPOSED MOTION TO EXTEND PSR OBJECTION DEADLINE**

TO THE HONORABLE COURT:

Defendant, NOEME PAOLA SALAZAR, by and through her attorney JOSEPH D. BATSON, files her Unopposed Motion to Extend the PSR Objection Deadline by 1 week and Brief in Support, and would respectfully show as follows:

**I. FACTUAL ISSUES IN SUPPORT OF MOTION**

1. This motion is filed in accordance with Local Rules of the Northern District of Texas (Rules 40.1 and 47.1) and the Federal Rules of Criminal Procedure.

2. This case is set for sentencing on February 24, 2026, at 10:00 a.m. (Document 105). This motion does not seek to change that date. The deadline for objections to the PSR is currently Friday, January 2, 2026. This motion seeks to extend that deadline by one week.

**II. BRIEF IN SUPPORT OF CONTINUANCE**

3. Counsel needs additional time to review the PSR, meet again with the Defendant, and file objections, if any. The undersigned anticipates he will need until Friday, January 9, 2026 (1 week), to respond to the PSR.

**UNOPPOSED**

4.    Counsel for this Defendant has conferred via telephone and email with the Government, through its representative, Assistant U.S. Attorney, Joshua Frausto, and he is unopposed to this motion.

### III. PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the Court enter its order continuing the deadline for PSR objections as requested, or, in the alternative, set this motion for hearing.

Respectfully submitted,

*Joseph Batson*
JOSEPH D. BATSON
State Bar No. 00783614
600 S. Tyler, Ste. 2100
Amarillo, Texas 79101
Tel: 806-553-0907
josephdbatson@gmail.com
ATTORNEY FOR DEFENDANT

### CERTIFICATE OF CONFERENCE

This is to certify that the undersigned attorney spoke via telephone and emailed Assistant U.S. Attorney Joshua on January 2, 2026, and he said that he was unopposed to this motion.

*Joseph Batson*
JOSEPH D. BATSON

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 2, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

    Assistant U.S. Attorney Anna Marie Bell

                                                    */s/ Joseph Batson*
                                                 JOSEPH D. BATSON